Same case below, 363 Fed. Appx. 955.

Same case below, 600 F.3d 12.

**No. 09-11350. Miguel Angel Fonseca, Petitioner v. United States.**

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6450.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 825.

**No. 09-11351. Elijah H. Harris, III, Petitioner v. United States.**

562 U.S. 875, 131 S. Ct. 183, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6487.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11352. Chris C. Menefee, Petitioner v. Mike McDonald, Acting Warden.**

562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6707.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 810.

**No. 09-11353. Ricardo Mejia, Petitioner v. United States.**

562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6774.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11354. Armando Mines, Petitioner v. United States.**

562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6887.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11355. Sammy Pendleton, Petitioner v. United States Medical Center, Springfield, Missouri, et al.**

562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6665,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11356. Roman C. Mesina, Petitioner v. United States.**

562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6822.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 416.

**No. 09-11357. Abel G. Nungaray, Petitioner v. Francisco Jacquez, Acting Warden.**

562 U.S. 876, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6486.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.